616

No. —, original. Ex parte Robert H. Denton, Jr. June 3, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte Albert Smith. June 3, 1940. Motion for leave to file petition for writ of mandamus denied.

No. 15, original. Kansas v. Missouri. June 3, 1940. Motion of E. A. Cole for leave to file a Bill of Intervention denied. *Messrs. Jay S. Parker,* Attorney General of Kansas, *A. B. Mitchell,* Assistant Attorney General, *Clarence V. Beck,* and *Errett P. Scrivner* for complainant. *Mr. Robert Stone* for E. A. Cole.

No. 785. Lowman v. Federal Land Bank of Louisville et al. June 3, 1940. Motion for leave to file second petition for rehearing in this case granted. See *post,* p. 656.

No. 930. Railroad Commission of Texas et al. v. Humble Oil & Refining Co. June 3, 1940. In this case probable jursidiction is noted. The motion to advance is denied. The motion for stay is granted and the enforcement of the decree of the District Court is stayed pending the determination of the case by this Court.